# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ZACHARY FREEMAN,** | |
| Plaintiff, | CIVIL ACTION NO. 1:24-cv-04639-TWT-WEJ |
| v. | |
| **Google, Inc., Google Fiber, Inc., Google Fiber North America, Inc., Google Fiber Georgia, LLC, GOOGLE FIBER GEORGIA, LLC, and Zenith Talend Corporation (d/b/a Crowdstaffing and d/b/a Prosperix)** | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Zachary Freeman hereby stipulate to a dismissal of all claims in the above-styled case. Respectfully submitted this 24th day of March 2025.

> */s/ J. Stephen Mixon*
> J. Stephen Mixon
> Georgia Bar No. 514050
>
> THE MIXON LAW FIRM
> 3344 Peachtree Rd N.E., Suite 800, Atlanta, Georgia 30326
> Phone: (770) 955-0100
>
> **COUNSEL FOR PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ZACHARY FREEMAN,** | |
| Plaintiff, | CIVIL ACTION NO. 1:24-cv-04639-TWT-WEJ |
| v. | |
| **Google, Inc., Google Fiber, Inc., Google Fiber North America, Inc., Google Fiber Gerogia, LLC, GOOGLE FIBER GEORGIA, LLC, and Zenith Talend Corporation (d/b/a Crowdstaffind and d/b/a Prosperix)** | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this day I electronically filed the **Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all attorneys of record.

Respectfully submitted this 24th day of March 2025.

/s/ J. Stephen Mixon
J. STEPHEN MIXON, ESQ.
Attorney for plaintiff
GA Bar No. 514050

The Mixon Law Firm
3344 Peachtree Rd N.E., Suite 800
Atlanta, GA, 30326.
(770) 955 0100