# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ZACHARY FREEMAN,** <br><br> Plaintiff, <br><br> v. <br><br> **Google, Inc., Google Fiber, Inc., Google Fiber North America, Inc., Google Fiber Georgia, LLC, GOOGLE FIBER GEORGIA, LLC, and Zenith Talend Corporation (d/b/a Crowdstaffing and d/b/a Prosperix)** <br><br> Defendants. | CIVIL ACTION NO. <br> 1:24-cv-04639-TWT-WEJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Zachary Freeman hereby stipulate to a dismissal with prejudice of all claims in the above-styled case. Respectfully submitted this 31th day of March 2025.

> */s/ J. Stephen Mixon*
> J. Stephen Mixon
> Georgia Bar No. 514050
>
> THE MIXON LAW FIRM
> 3344 Peachtree Rd N.E., Suite 800, Atlanta, Georgia 30326
> Phone: (770) 955-0100
>
> **COUNSEL FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZACHARY FREEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>Google, Inc., Google Fiber, Inc., Google Fiber North America, Inc., Google Fiber Gerogia, LLC, GOOGLE FIBER GEORGIA, LLC, and Zenith Talend Corporation (d/b/a Crowdstaffind and d/b/a Prosperix)<br><br>  Defendants. | CIVIL ACTION NO.<br>1:24-cv-04639-TWT-WEJ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this day I electronically filed the **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all attorneys of record.

Respectfully submitted this 31th day of March 2025.

/s/ J. Stephen Mixon
J. STEPHEN MIXON, ESQ.
Attorney for plaintiff
GA Bar No. 514050

The Mixon Law Firm
3344 Peachtree Rd N.E., Suite 800
Atlanta, GA, 30326.
(770) 955 0100